SUSAN B. MEYER (SBN: 204931)
smeyer@grsm.com
SEAN D. FLAHERTY (SBN: 272598)
sflaherty@grsm.com
HANNAH E. BROWN (SBN: 311158)
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
DIRECT FOCUS ONLINE LIMITED INC., a New Jersey corporation; DFO GLOBAL PERFORMANCE COMMERCE LIMITED, a British Columbia corporation; and DFO GLOBAL PERFORMANCE COMMERCE LIMITED, a Nevada corporation.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCY Y LLC, a Delaware limited liability company; and GLOBAL MEDIA HOLDINGS INCORPORATED, an Illinois corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT FOCUS ONLINE LIMITED INC., a New Jersey corporation; DFO GLOBAL PERFORMANCE COMMERCE LIMITED, a British Columbia corporation; DFO GLOBAL PERFORMANCE COMMERCE LIMITED, a Nevada corporation; BRUCE CRAN, an individual; and DOE 1 through DOE 10, inclusive.<br><br>Defendants. | CASE NO. 8:20-cv-01716-JVS-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: James V. Selna<br>Magistrate Judge: Karen E. Scott |

## ORDER

IT IS ORDERED that this matter is dismissed in its entirety with prejudice, with each party to bear his/own costs and attorney's fees. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  January 10, 2022

_____
Hon. James V. Selna
United States District Judge